UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SID HENNING,

                Plaintiff,

-against-

CITY OF NEW YORK; DET. RICHARD
HARE, Shield #7256; DET. OSCAR
POLANCO, Shield #672; DETECTIVE
HUTTER; LIEUTENANT COLON; ADA
FRANK SANTARPIA and NEW YORK
CITY POLICE DEPARTMENT,

                Defendants.

-----------------------------------------------------------X

**ORDER**
09 CV 3998 (ARR)(LB)

**BLOOM, United States Magistrate Judge:**

Plaintiff filed an amended complaint on December 18, 2009 and adds new defendants. See docket entry 16.[1] The Clerk of Court shall prepare the necessary papers to have defendants Polanco, Hutter, Colon and Santarpia served with process. The United States Marshals Service is hereby directed to serve the amended summons and amended complaint on these defendants at the addresses provided by plaintiff.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: December 23, 2009
       Brooklyn, New York

---

[1] Amendments to pleadings are governed by Federal Rule of Civil Procedure 15. Rule 15(a) specifically provides that "[a] party may amend its pleading once as a matter of course . . . before being served with a responsive pleading[.]" As defendants have not yet answered, plaintiff may amend his complaint as of right.