UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SID HENNING,

                Plaintiff,

- against -

DETECTIVE OSCAR POLANCO, DETECTIVE
HUTTER, LIEUTENANT BERNARDO COLON,
ADA FRANK SANTARPIA, NEW YORK CITY
POLICE DEPARTMENT, CITY OF NEW YORK,
and DET. RICHARD HARE,

                Defendants.
------------------------------------------------------------X

**ORDER**
**09 CV 3998 (ARR)(LB)**

**BLOOM, United States Magistrate Judge:**

       By endorsed Order dated February 22, 2010, the Court directed the Corporation Counsel of the City of New York ("Corporation Counsel") to provide an address where defendant Colon may be served. See docket entry 29. Corporation Counsel provided the following address:

        Lieutenant Bernardo Colon
        Brooklyn North Detective Operations
        211 Union Avenue, Room 239
        Brooklyn, New York 11211

See docket entry 28. Plaintiff's complaint is hereby deemed amended to reflect defendant Bernardo Colon's full name. The Clerk of Court is directed to prepare the necessary papers to have defendant Colon served with process. The United States Marshals Service is directed to serve the amended summons and amended complaint on defendant Colon at the above address.

SO ORDERED.

                                      /Signed by Judge Lois Bloom/
                                      LOIS BLOOM
                                      United States Magistrate Judge

Dated: February 24, 2010
       Brooklyn, New York