UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
SID HENNING,

JUDGMENT
09-CV- 3998 (ARR)

                      Plaintiff,

   -against-

THE CITY OF NEW YORK, DETECTIVE RICHARD
HARE SHIELD #7256, DETECTIVE OSCAR
POLANCO SHIELD #672, DETECTIVE HUTTER,
LIEUTENANT COLON, ADA FRANK SANTARPIA,
and NEW YORK CITY POLICE DEPARTMENT,

                      Defendants.
----------------------------------------------------------------------X

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 05, 2012, granting Defendants' motion for summary judgment in its entirety; declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismissing those claims without prejudice; it is

        ORDERED, ADJUDGED AND DECREED that Defendants' motion for summary judgment is granted in its entirety; and judgment is entered in favor of Defendants The City of New York, Detective Richard Hare Shield #7256, Detective Oscar Polanco Shield #672, Detective Hutter, Lieutenant Colon, Ada Frank Santarpia, and New York City Police Department and against Plaintiff Sid Henning on Plaintiff's federal claims and Plaintiff's state law claims are dismissed without prejudice.

Dated: Brooklyn, New York
       July 10, 2012

                                          Douglas C. Palmer
                                          Clerk of Court

                            by:    /S/
                                          Michele Gapinski
                                          Chief Deputy for
                                          Court Operations